ORPHA VAN HOUTEN, Respondent, *v.* ISAAC E. PYE, Appellant.

Reported below, 91 Hun, 640.
(Submitted December 14, 1896; decided December 22, 1896.)

MOTION to dismiss an appeal taken after the dismissal of a previous appeal for failure to file and serve return.

*Frank Comesky* for motion.

Motion granted, on default.

---

THE FARMERS' LOAN AND TRUST COMPANY, as Trustee, Respondent, *v.* THE NEW YORK AND NORTHERN RAILWAY COMPANY et al., Respondents, and ARTEMAS H. HOLMES and ALFRED R. PICK, Appellants.

(Submitted December 14, 1896 ; decided December 22, 1896.)

MOTION for reargument denied, with costs. (See 150 N. Y. 410.)

---

HENRY H. FOWLER et al., Appellants, *v.* ZILLAH H. WOOD, Impleaded, etc., Respondent.

(Submitted December 14, 1896 ; decided December 22, 1896.)

MOTION for reargument denied, with costs. (See 150 N. Y. 584.)